No. 1060. CHARLES BARR *v.* A. A. McCORKLE, WARDEN AND KEEPER OF THE TENNESSEE STATE PENITENTIARY. Appeal from the District Court of the United States for the Middle District of Tennessee. Motion to transfer cause submitted March 22, 1926. Decided April 12, 1926. *Per Curiam.* Motion to transfer the appeal to the United States Circuit Court of Appeals for the Sixth Circuit denied upon the authority of the act of February 13, 1925, c. 229, sec. 13, 43 Stat. 942, and appeal dismissed for want of jurisdiction upon the authority of the act of February 13, 1925, c. 229, sec. 6 (a), 43 Stat. 940, and sec. 13, *supra.* *Mr. Grover McCormick* for appellant. *Mr. William H. Swiggart* for appellee.